IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02211-RPM

SUSAN L. KNIGHT,

        Plaintiff,

v.

EUROCOPTER, S.A.,
AMERICAN EUROCOPTER CORPORATION,
TURBOMECA, S.A.,
TURBOMECA ENGINE CORPORATION,
ROBERTS AIRCRAFT CO. and
HELI-SUPPORT, INC.,

        Defendants.

---

ORDER MODIFYING SCHEDULING ORDER

---

Upon consideration of the Unopposed Motion to Modify Scheduling Order (Doc. # 26), filed on November 30, 2005, it is

ORDERED that the deadline to conduct fact discovery is extended to March 1, 2006, and it is

FURTHER ORDERED that Defendant Turbomeca, S.A., is granted an extension of time to December 19, 2005, to make its F.R.C.P. Rule 26(a)(2) expert disclosure responding to Plaintiff's damage expert.

Dated: December 2nd, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge