IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02211-RPM

SUSAN L. KNIGHT,

       Plaintiff,

v.

EUROCOPTER, S.A.S.,
AMERICAN EUROCOPTER CORPORATION,
TURBOMECA, S.A.,
TURBOMECA ENGINE CORPORATION,
ROBERTS AIRCRAFT CO. and
HELI-SUPPORT, INC.,

       Defendants.

---

## ORDER DISMISSING EUROCOPTER, S.A.S., AND AMERICAN EUROCOPTER CORPORATION
---

       Pursuant to the Stipulation for Dismissal (Doc. #28) filed on January 9, 2006, it is

       ORDERED that the complaint and action against defendants Eurocopter, S.A.S., and American Eurocopter Coerporation are dismissed without prejudice, each party to pay its own costs.

       Dated: January 10, 2006

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior District Judge