IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02211-RPM

SUSAN L. KNIGHT,

                    Plaintiff,

v.

TURBOMECA, S.A.,
TURBOMECA ENGINE CORPORATION,
ROBERTS AIRCRAFT CO. and
HELI-SUPPORT, INC.,

                    Defendants.
_____

ORDER ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
_____

On February 27, 2006, the plaintiff filed a motion for protective order asking

this court to hold invalid a subpoena directed to Dr. Richard McSwain from the

United States District Court for the Northern District of Florida, which subpoena

requires the production of documents.  The motion also refers to a notice of

deposition regarding the same witness and documents.  The request in the motion

for protective order is that this court hold the subpoena invalid and allow the

deposition to proceed in accordance with an agreement between counsel regarding

what documents should be produced.  The form of proposed protective order

submitted with the motion provides that the notice of video tape deposition *duces

tecum* is found to be null and void.  It is apparently the purpose of the plaintiff to

enforce that agreement with respect to Item 5 in the attachments to the subpoena

and the notice.  The correct procedure for requiring the deponent to appear and

provide documents is the issuance of a subpoena from the Florida court since Dr.

McSwain is not a party to this case.  The deponent, apparently through plaintiff's

counsel, has made objection to the subpoena and the appropriate procedure for

dealing with any objection is a motion to compel filed in the court from which the

subpoena issued, not this court.  Similarly, this court cannot invalidate a subpoena

issued from another court.  Because of these procedural irregularities, it is

ORDERED that the plaintiff's motion for protective order is denied.

Dated: February 28, 2006

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge