IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02211-RPM

SUSAN L. KNIGHT,

        Plaintiff,

v.

TURBOMECA, S.A.,
TURBOMECA ENGINE CORPORATION,
ROBERTS AIRCRAFT CO. and
HELI-SUPPORT, INC.,

        Defendants.

---

ORDER FOR DISMISSAL OF DEFENDANTS HELI-SUPPORT, INC.,
AND ROBERTS AIRCRAFT CO.

---

        Upon consideration of the Stipulation for Dismissal (Doc. #33), filed February 28, 2006, it is

        ORDERED that the plaintiff's Complaint and causes of action against defendants Heli-Support, Inc. and Roberts Aircraft Co. are dismissed with prejudice, each party to pay its own costs.

        Dated:  March 2nd, 2006

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge