IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02211-RPM

SUSAN L. KNIGHT,

        Plaintiff,

v.

TURBOMECA, S.A., and
TURBOMECA ENGINE CORPORATION,

        Defendants.

---

ORDER GRANTING MOTION TO FILE DESIGNATION OF NON-PARTIES AT FAULT

---

Upon consideration of the Unopposed Motion FOR Leave to File Designation of Non-Parties at Fault (Doc. #36-1), filed March 1, 2006, it is

ORDERED that the motion is granted and Turbomeca's Designation of Non-Parties at Fault (Doc. # 36-2) is ordered filed.

Dated:  March 2nd , 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge