IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02211-RPM

SUSAN L. KNIGHT,

        Plaintiff,

v.

TURBOMECA, S.A., and
TURBOMECA ENGINE CORPORATION,

        Defendants.

---

ORDER MODIFYING SCHEDULING ORDER

---

Upon consideration of the Unopposed Motion to Modify Scheduling Order (Doc. #35), filed March 1, 2006, it is

ORDERED that the deadlines to conduct fact and expert discovery each are extended to May 1, 2006, and May 15, 2006, respectively and it is

FURTHER ORDERED that the deadline for dispositive motions is extended to June 16, 2006.

Dated:  March 2nd, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge