## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02211-RPM-BNB

SUSAN L. KNIGHT,

    Plaintiff,

v.

TURBOMECA, S.A., a French Corporation for Profit;
TURBOMECA ENGINE CORPORATION, a Delaware Corporation for Profit;

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Modify Scheduling Order, and the Court, having read and reviewed the Motion, and being duly advised in the premises, finds that good cause exists therefor, and hereby ORDERS that the Plaintiff's Unopposed Motion to Modify Scheduling Order is *granted*. The revised date for expert discovery cutoff in this matter is **June 29, 2006**, and the revised date for dispositive motions is **July 31, 2006**.

    DATED: May 3, 2006

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch
                                      Senior District Judge