# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02211-RPM-BNB

SUSAN L. KNIGHT,

    Plaintiff,

v.

TURBOMECA, S.A., a French Corporation for Profit;
TURBOMECA ENGINE CORPORATION, a Delaware Corporation for Profit;

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S SECOND
## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

---

THIS MATTER, having come before the Court on Plaintiff's Second Unopposed Motion to Modify Scheduling Order, and the Court, having read and reviewed the Motion, and being duly advised in the premises, finds that good cause exists therefor, and hereby ORDERS that the Plaintiff's Second Unopposed Motion to Modify Scheduling Order is *granted*. The revised date for expert discovery cutoff in this matter is **August 4, 2006**, and the revised date for dispositive motions is **September 5, 2006.**

DATED: June 12th, 2006

                s/Richard P. Matsch

                _____
                Richard P. Matsch
                Senior District Judge