# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02211-RPM-BNB

SUSAN L. KNIGHT,

       Plaintiff,

v.

EUROCOPTER, S.A., a French corporation for profit,
AMERICAN EUROCOPTER CORPORATION, a Delaware corporation for profit,
TURBOMECA S.A., a French corporation for profit,
TURBOMECA ENGINE CORPORATION, a Delaware corporation for profit,
ROBERTS AIRCRAFT COMPANY, a Nevada corporation for profit, and
HELI-SUPPORT, INC., a Nevada corporation for profit

       Defendants.

## ORDER GRANTING UNOPPOSED
## MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER, having come before the Court on the *Unopposed Motion to Modify Scheduling Order* filed by Turbomeca, and the Court, having read and reviewed the Motion, and being duly advised in the premises, finds that good cause exists therefor, and hereby ORDERS that the *Unopposed Motion to Modify Scheduling Order* is GRANTED. The revised deadline for completion of expert discovery is **October 3, 2006**, and the revised deadline for filing dispositive motions is **November 6, 2006**.

DATED: August 3rd, 2006.

                                               s/Richard P. Matsch

                                               UNITED STATES DISTRICT JUDGE