**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-02211-RPM-BNB

SUSAN L. KNIGHT,

    Plaintiff,

v.

TURBOMECA S.A., a French corporation for profit, and

TURBOMECA ENGINE CORPORATION, a Delaware corporation for profit

    Defendants.

## ORDER

SUSAN L. KNIGHT, Plaintiff, and TURBOMECA and TURBOMECA ENGINE CORPORATION, Defendants have settled this action;

Good cause appearing therefore, IT IS ORDERED THAT:

This action is hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

DATED: June 21st, 2007.

By: Richard P. Matsch
    The Honorable Richard P. Matsch
    U.S. District Court Judge